218 F.2d 959
 UNITED STATES of America, Appellant,
v.
HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellee.
 No. 14929.
 United States Court of Appeals, Fifth Circuit.
 February 11, 1955.
 
 Appeal from the United States District Court for the Northern District of Mississippi; Allen Cox, Judge.
 David O. Walter, Ellis N. Slack, Fred E. Youngman, Sp. Assts. to Atty. Gen., D. of J., H. Brian Holland, Asst. Atty. Gen., D. of J., Washington, D. C., Chester L. Sumners, U. S. Atty., Oxford, Miss., for appellant.
 John S. Porter, Memphis, Tenn., Burch, Porter & Johnson, Memphis, Tenn., for appellee.
 Before HOLMES, RIVES, and TUTTLE, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment appealed from is affirmed.